Per Curiam.
DISMISSED . See Progressive Express Ins. Co. v. Neurology Partners, P.A., d/b/a EMAS Spine & Brain Specialists a/a/o Roderick A. Williams , No. 1D18-1350, --- So.3d ----, 2018 WL 4042463 (Fla. 1st DCA Aug. 24, 2018) ; Progressive Express Ins. Co. v. Neurology Partners, P.A., d/b/a EMAS Spine & Brain Specialists a/a/o Rachel K. Kopp , No. 1D18-1351, --- So.3d ----, 2018 WL 4042461 (Fla. 1st DCA Aug. 24, 2018).
Wetherell, Rowe, and Winokur, JJ., concur.